Joseph J. Haspel, Esq. (JJH-5753)
Attorney for Plaintiffs
40 Matthews Street, Ste. 201
Goshen, NY  10924
845-294-8950

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

MOSDOS CHOFETZ CHAIM INC.; YESHIVA CHOFETZ
CHAIM INC.; RABBI JAMES BERNSTEIN;
MOSHE AMBERS, RABBI MAYER ZAKS;
AND RABBI ARYEH ZAKS,

PLAINTIFFS

-  VS -

THE VILLAGE OF WESLEY HILLS; THE MAYOR AND BOARD
OF TRUSTEES OF THE VILLAGE OF WESLEY HILLS; ROBERT H.
FRANKEL IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
EDWARD B. MCPHERSON, IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY; DAVID A. GOLDSMITH IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; ROBERT I. RHODES IN HIS INDIVIDUAL
AND FORMER OFFICIAL CAPACITY; JAY B. ROSENSTEIN IN
HIS INDIVIDUAL AND FORMER OFFICIAL CAPACITY;
THE VILLAGE OF NEW HEMPSTEAD THE MAYOR AND BOARD
OF TRUSTEES OF THE VILLAGE OF NEW HEMPSTEAD ROBERT
A. MOSKOWITZ, TRUSTEE OF THE VILLAGE OF NEW
HEMPSTEAD IN HIS INDIVIDUAL AND FORMER OFFICIAL
CAPACITY;
THE VILLAGE OF POMONA; THE MAYOR AND BOARD OF
TRUSTEES OF THE VILLAGE OF POMONA FORMER MAYOR
HERBERT I. MARSHALL IN HIS INDIVIDUAL AND FORMER
OFFICIAL CAPACITY; MAYOR OF POMONA, NICHOLAS L.
SANDERSON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
THE VILLAGE OF CHESTNUT RIDGE; THE MAYOR AND BOARD
OF TRUSTEES OF THE VILLAGE OF CHESTNUT RIDGE, MAYOR
OF THE VILLAGE OF CHESTNUT RIDGE, JEROME KOBRE IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY; HOWARD L.
COHEN TRUSTEE IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY.
THE VILLAGE OF MONTEBELLO; THE MAYOR AND BOARD OF
TRUSTEES OF THE VILLAGE OF MONTEBELLO, KATHRYN
ELLSWORTH A.K.A. KATHRYN GORMAN, FORMER MAYOR OF
MONTEBELLO IN HER INDIVIDUAL AND FORMER OFFICIAL
CAPACITY; AND JEFFREY OPPENHEIM MAYOR OF
MONTEBELLO IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.
JOHN DOE 1-37

DEFENDANTS.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

08 CIV. 0156

INDEX NO.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Plaintiffs, Mosdos Chofetz Chaim, Inc. and Yeshiva Chofetz Chaim, Inc.n certifies

that the following are corporate parents, affiliates and/or subsidiaries of said party, which are

publicly held.

NONE.

January 8, 2008

Joseph J. Haspel, PLLC
Attorney for Plaintiffs
40 Matthews Street
Suite 201
Goshen, New York 10924
(845) 294-8950