STATE OF NEW YORK    SOUTHERN COUNTY    DISTRICT COURT
DOCUMENTS SERVED WITH INDEX #   08CIV.0156   AND FILED ON   January 8, 2008
ATTORNEY(S) Joseph J. Haspel, Esq. ,

*Mosdos Chofetz, Chaim, Inc. et al*                                              Plaintiff(s)/Petitioner(s)

vs

*The Village of Wesley Hills et al*                                              Defendant(s)/Respondent(s)

County of ___Rockland___ , State of ___New York___ .

___Claire Rivera___ , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at ___Monroe, NY___ . On ___January 8, 2008___ at ___8:02 pm___
at ___10 Sterling Drive , Chestnut Ridge, NY 10977___

deponent served a    Summons in a Civil Case and Complaint
                     Rule 7.1 Statement

UPON: ___Jermone Kobre___ , Defendant
(herein called recipient) therein named.

INDIVIDUAL [x]   by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORPORATION [ ]   A ___ corporation, by delivering thereat a true copy of each to ___ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be ___ thereof.

SUITABLE AGE PERSON [ ]   by delivering a true copy of each to ___ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

AFFIXING TO DOOR [ ]   by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day ___ Date ___ Time ___   Day ___ Date ___ Time ___
Day ___ Date ___ Time ___   Day ___ Date ___ Time ___

MAILING COPY [ ]   Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known [ ] residence   [ ] place of employment at: ___
and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on ___ .
[ ] A second mailing was also made by certified mail (Receipt No. ___ ) within one day after such delivering to such suitable person such affixing   [ ] and with return receipt requested.

DESCRIPTION [x]   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex ___Male___   Color of skin ___White___   Color of hair ___White___   Approx. Age ___70___
Approx. Height ___5'8"___   Approx. weight ___170___   Other ___Cane, Eyeglasses, Moustache___

WITNESS FEES $ ___ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.
[ ]

PHOTO [ ]   Deponent was able to identify recipient from annexed photo.

MILITARY SERVICE [x]   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed that recipient was not.

Sworn to before me on this ___9th___ day of ___January, 2008___

*Claire Rivera*
Claire Rivera

MARK SANDSTROM
NOTARY PUBLIC, State of New York
No. 01SA4893767, Qualified in Rockland Co.
Term Expires May 26, 2011

Server's Lic. #

Invoice•Work Order # 9925853

**Attorney Service Bureau, P.O. Box 382, Pomona, New York 10970, 845-638-1323**