STATE OF NEW YORK    SOUTHERN COUNTY    COURT
DOCUMENTS SERVED WITH INDEX #  08CIV.0156   AND FILED ON  January 8, 2008
ATTORNEY(S)  Joseph J. Haspel, Esq. ,

*Mosdos Chofetz Chaim, Inc. et al*    Plaintiff(s)/Petitioner(s)

vs

*The Village of Wesley Hills et al*    Defendant(s)/Respondent(s)

County of __Rockland__, State of __New York__.

__Claire Rivera__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at __Monroe, NY__. On __January 8, 2008__ at __8:36 pm__ at __7 Birchwood Lane , Suffern, NY 10901__

deponent served a    Summons in a Civil Case and Complaint
Rule 7.1 Statement

UPON: __Jeffrey Oppenheim__, Defendant
(herein called recipient) therein named.

INDIVIDUAL [ ]  by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORPORATION [ ]  A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

SUITABLE AGE PERSON [x]  by delivering a true copy of each to __Ann Oppenheim, spouse__ a person of suitable age and discretion. Said premises is recipient's  [ ] actual place of business   [x] dwelling house (usual place of abode) within the state.

AFFIXING TO DOOR [ ]  by affixing a true copy of each to the door of said premises, which is recipient's  [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day ___ Date ___ Time ___   Day ___ Date ___ Time ___
Day ___ Date ___ Time ___   Day ___ Date ___ Time ___

MAILING COPY [x]  Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known  [x] residence   [ ] place of employment at: __Same as above__ and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on __1/9/08__.
[ ] A second mailing was also made by certified mail (Receipt No. _____ ) within one day after such delivering to such suitable person such affixing   [ ] and with return receipt requested.

DESCRIPTION [x]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex __Female__  Color of skin __White__  Color of hair __Brown__  Approx. Age __45-50__
Approx. Height __5'6"-7"__  Approx. weight __145__  Other __Eyeglasses__

WITNESS FEES [ ]  $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

PHOTO [ ]  Deponent was able to identify recipient from annexed photo.

MILITARY SERVICE [x]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed that recipient was not.

Sworn to before me on this __9th__ day of __January, 2008__

MARK SANDSTROM
NOTARY PUBLIC, State of New York
No. 01SA4893767, Qualified in Rockland Co.
Term Expires May 26, 2011

Claire Rivera
Server's Lic. #
Invoice Work Order # 9925857

*ATTORNEY SERVICE BUREAU, P.O. BOX 382, POMONA, NEW YORK 10970, 845-638-1323*