STATE OF NEW YORK    SOUTHERN COUNTY    U. S. COURT
DOCUMENTS SERVED WITH INDEX # 08CIV.0156    AND FILED ON January 8, 2008
ATTORNEY(S) Joseph J. Haspel, Esq. ,

*Mosdos Chofetz Chaim, Inc. et al*    Plaintiff(s)/Petitioner(s)

vs

*The Village of Wesley Hills et al*    Defendant(s)/Respondent(s)

County of __Rockland__, State of __New York__.

__Claire Rivera__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at __Monroe, NY__. On __January 9, 2008__ at __11:10 am__ at __100 Ladentown Road, Pomona, NY 10970__

deponent served a    Summons in a Civil Case and Complaint
Rule 7.1 Statement

UPON:    **The Village of Pomona, The Mayor and Board of Trustees**, Defendant
(herein called recipient) therein named.

INDIVIDUAL    by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person
☐    described as said person therein.

CORPORATION    A _____ corporation, by delivering thereat a true copy of each to __Lisa Thorsen__
[x]    personally, deponent knew said corporation so served to be the corporation, described in same as said recipient
and knew said individual to be __Village Clerk__ thereof.

SUITABLE AGE    by delivering a true copy of each to _____ a person of suitable age and discretion.
PERSON    Said premises is recipient's [ ]actual place of business    [ ]dwelling house (usual place of abode) within the state.
☐

AFFIXING TO    by affixing a true copy of each to the door of said premises, which is recipient's    [ ] actual place of business
DOOR    [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient
☐    or a person of suitable age and discretion, having called thereat
Day _____ Date _____ Time _____    Day _____ Date _____ Time _____
Day _____ Date _____ Time _____    Day _____ Date _____ Time _____

MAILING    Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at
COPY    recipient's last known    [ ]residence    [ ] place of employment at: _____
☐    and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the
U. S. Postal Service within the State of New York on _____ .
[ ] A second mailing was also made by certified mail (Receipt No. _____ ) within one
day after such delivering to such suitable person such affixing    [ ] and with return receipt requested.

DESCRIPTION    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
[x]    Sex __Female__    Color of skin __White__    Color of hair __Dirty Blond__    Approx. Age __35-40__
Approx. Height __5'6"__    Approx. weight __125__    Other _____

WITNESS FEES    $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.
☐
PHOTO    Deponent was able to identify recipient from annexed photo.
☐
MILITARY    Deponent asked person spoken to whether the recipient was presently in military service of the United States
SERVICE    Government or on active duty in the military service in the State of New York and was informed that recipient was not.
☐

Sworn to before me on this 9th day of January, 2008

*Claire Rivera*
Claire Rivera

MARK SANDSTROM
NOTARY PUBLIC, State of New York
No. 01SA4893767, Qualified in Rockland Co.
Term Expires May 26, 2011

Server's Lic. #

Invoice•Work Order # 9925849

ATTORNEY SERVICE BUREAU, P.O. BOX 382, POMONA, NEW YORK 10970, 845-638-1323