UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MOSDOS CHOFETZ CHAIM INC.; YESHIVA CHOFETZ
CHAIM, INC.; RABBI JAMES BERNSTEIN;
MOSHE AMBERS, RABBI MAYER ZAKS; AND
RABBI ARYEH ZAKS,

Index No. 08 CV 0156

**STIPULATION EXTENDING TIME**

Plaintiffs,

- against -

THE VILLAGE OF WESLEY HILLS; THE MAYOR AND
BOARD OF TRUSTEES OF THE VILLAGE OF WESLEY
HILLS; ROBERT H. FRANKEL IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; EDWARD B. MCPHERSON, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY; DAVID A. GOLDSMITH
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
ROBERT I. RHODES IN HIS INDIVIDUAL AND FORMER
OFFICIAL CAPACITY; JAY B. ROSENSTEIN IN HIS INDIVIDUAL
AND FORMER OFFICIAL CAPACITY;
THE VILLAGE OF NEW HEMPSTEAD THE MAYOR AND BOARD
OF TRUSTEES OF THE VILLAGE OF NEW HEMPSTEAD ROBERT
A. MOSKOWITZ, TRUSTEE OF THE VILLAGE OF NEW
HEMPSTEAD IN HIS INDIVIDUAL AND FORMER OFFICIAL
CAPACITY;
THE VILLAGE OF POMONA; THE MAYOR AND BOARD OF
TRUSTEES OF THE VILLAGE OF POMONA FORMER MAYOR
HERBERT I. MARSHALL IN HIS INDIVIDUAL AND FORMER
OFFICIAL CAPACITY; MAYOR OF POMONA, NICHOLAS L.
SANDERSON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
THE VILLAGE OF CHESTNUT RIDGE; THE MAYOR AND
BOARD OF TRUSTEES OF THE VILLAGE OF CHESTNUT RIDGE,
MAYOR OF THE VILLAGE OF CHESTNUT RIDGE, JEROME
KOBRE IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
HOWARD L. COHEN TRUSTEE IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY.
THE VILLAGE OF MONTEBELLO; THE MAYOR AND BOARD OF
TRUSTEES FO THE VILLAGE OF MONTEBELLO, KATHRYN
ELLSWORTH A/K/A KATHRYN GORMAN, FORMER MAYOR OF
MONTEBELLO IN HER INDIVIDUAL AND FORMER OFFFICIAL
CAPACITY; AND JEFFREY OPPENHEIM MAYOR OF
MONTEBELLO IN HIS INDIVIDUAL AND OFFICIAL CAPACITY,
JOHN DOE 1-37

Defendants.
----------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the time for defendants THE VILLAGE OF POMONA to respond to the summons and complaint herein be, and same hereby is extended to and including the 24TH day of February 2008.

Dated: Woodbury, New York
January 28, 2008

JOSEPH J. HASPEL, ESQ.

BY: _____
JOSEPH J. HASPEL, ESQ
(JJH-5753)
Attorney for Plaintiffs
40 Matthews Street, Suite 201
Goshen, New York 10924
(845) 294-8950
(845) 294-3843 Facsimile

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

BY: _____
DEAN L. MILBER, ESQ. (DML-7060)
Attorney for Defendant
The Village of Pomona
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 712-4000
File No: 221-5204

SO ORDERED:

_____
U.S.D.J.
2/4/08