UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mosdos Chofetz Chaim Inc.; Yeshiva Chofetz Chaim, Inc.; Rabbi James Bernstein; Moshe Ambers, Rabbi Mayer Zaks; and Rabbi Aryeh Zaks,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>The Village of Wesley Hills; the Mayor and Board of Trustees of the Village of Wesley Hills; Robert H. Frankel in his Individual and Official Capacity; Edward B. McPherson, in his individual and official capacity; David A. Goldsmith in his individual and official capacity; Robert I. Rhodes in his individual and former official capacity; Jay B. Rosenstein in his individual and former official capacity; the Village of New Hempstead; the Mayor and Board of Trustees of the Village of New Hempstead; Robert A. Moskowitz, Trustee of the Village of New Hempstead in his individual and former official capacity; the Village of Pomona; the Mayor and Board of Trustees of the Village of Pomona; former Mayor Herbert I. Marshall in his individual and former official capacity; the Mayor of Pomona, Nicholas L. Sanderson, in his individual and official capacity; the Village of Chestnut Ridge; the Mayor and Board of Trustees of the Village of Chestnut Ridge; the Mayor of the Village of Chestnut Ridge, Jerome Kobre in his individual and official capacity; Howard L. Cohen Trustee in his individual and official capacity; the Village of Montebello; the Mayor and Board of Trustees of the Village of Montebello; Kathryn Ellsworth a.k.a. Kathryn Gorman, former Mayor of Montebello in her individual and former official capacity; Jeffrey Oppenheim Mayor of Montebello in his individual and official capacity; and John Doe 1-37<br><br>　　　　　　　　　　Defendants. | 08 Civ. 0156 (KMK)<br><br>**NOTICE OF**<br><br>**APPEARANCE** |

PLEASE TAKE NOTICE that Reuben S. Koolyk of the firm of Arnold & Porter LLP shall appear as counsel of record for plaintiff Mosdos Chofetz Chaim, Inc., in the above-referenced action.

Dated:  New York, New York
　　　　February 8, 2008

　　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER LLP

　　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　Reuben S. Koolyk
　　　　　　　　　　　　　　　　　　　　　399 Park Avenue
　　　　　　　　　　　　　　　　　　　　　New York, NY  10022
　　　　　　　　　　　　　　　　　　　　　(212) 715-1133 (telephone)
　　　　　　　　　　　　　　　　　　　　　(212) 715-1399 (facsimile)
　　　　　　　　　　　　　　　　　　　　　Reuben.Koolyk@aporter.com (email)

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Mosdos Chofetz Chaim, Inc.*

TO: