UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOSDOS CHOFETZ CHAIM, INC.,
YESHIVA CHOFETZ CHAIM, INC.,
RABBI JAMES BERNSTEIN,
MOSHE AMBERS,
RABBI MAYER ZAKS,
RABBI ARYEH ZAKS,

                Plaintiffs,

v.     Civil Action No. 08-CV-00156-KMK

THE VILLAGE OF WESLEY HILLS, The Mayor
and Board of Trustees of the Village of Wesley Hills,
ROBERT H. FRANKEL,
EDWARD B. McPHERSON
DAVID A. GOLDSMITH,
ROBERT I. RHODES,
JAY B. ROSENSTEIN,
THE VILLAGE OF NEW HEMPSTEAD, The Mayor
and Board of Trustees of the Village of New Hempstead,
ROBERT A. MOSKOWITZ, Trustee of the
Village of New Hempstead in his individual and
former official capacity,
THE VILLAGE OF POMONA, The Mayor
and Board of Trustees of the Village of Pomona,
FORMER MAYOR HERBERT I. MARSHALL,
MAYOR OF POMONA NICHOLAS L. SANDERSON,
THE VILLAGE OF CHESTNUT RIDGE, The Mayor
and Board of Trustees of the Village of Chestnut Ridge,
MAYOR JEROME KOBRE,
TRUSTEE HOWARD L. COHEN,
THE VILLAGE OF MONTEBELLO, The Mayor
and Board of Trustees of the Village of Montebello,
KATHRYN ELLSWORTH, a/k/a Kathryn Gorman, Former
Mayor of Montebello, in her individual and former official capacity,
MAYOR OF MONTEBELLO JEFFREY OPPENHEIM,
JOHN DOE 1-37,

                Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Andrew J. Romanow of *Buchanan Ingersoll and Rooney, PC* appears as counsel and requests service of papers in this matter on behalf of RBS

Citizens, N.A., and respectfully requests that any and all papers served or required to be served in the above-captioned case be served upon the following at the address set forth below:

>Andrew J. Romanow, Esq.
>Buchanan Ingersoll  PC
>50 Fountain Plaza, Suite 1230
>Buffalo, NY  14202
>(716) 853-2343 Telephone
>(716) 854-4227 Facsimile

Dated: March 18, 2008
      Buffalo, NY

Respectfully submitted,

s/Andrew J. Romanow
Andrew J. Romanow
Buchanan Ingersoll  PC
50 Fountain Plaza, Suite 1230
Buffalo, NY 14202
(716) 853-2343 Telephone
(716) 854-4227 Facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOSDOS CHOFETZ CHAIM, INC.,
YESHIVA CHOFETZ CHAIM, INC.,
RABBI JAMES BERNSTEIN,
MOSHE AMBERS,
RABBI MAYER ZAKS,
RABBI ARYEH ZAKS,

                 Plaintiffs,

v.                                                                                  Civil Action No. 08-CV-00156-KMK

THE VILLAGE OF WESLEY HILLS, The Mayor
and Board of Trustees of the Village of Wesley Hills,
ROBERT H. FRANKEL,
EDWARD B. McPHERSON
DAVID A. GOLDSMITH,
ROBERT I. RHODES,
JAY B. ROSENSTEIN,
THE VILLAGE OF NEW HEMPSTEAD, The Mayor
and Board of Trustees of the Village of New Hempstead,
ROBERT A. MOSKOWITZ, Trustee of the
Village of New Hempstead in his individual and
former official capacity,
THE VILLAGE OF POMONA, The Mayor
and Board of Trustees of the Village of Pomona,
FORMER MAYOR HERBERT I. MARSHALL,
MAYOR OF POMONA NICHOLAS L. SANDERSON,
THE VILLAGE OF CHESTNUT RIDGE, The Mayor
and Board of Trustees of the Village of Chestnut Ridge,
MAYOR JEROME KOBRE,
TRUSTEE HOWARD L. COHEN,
THE VILLAGE OF MONTEBELLO, The Mayor
and Board of Trustees of the Village of Montebello,
KATHRYN ELLSWORTH, a/k/a Kathryn Gorman, Former
Mayor of Montebello, in her individual and former official capacity,
MAYOR OF MONTEBELLO JEFFREY OPPENHEIM,
JOHN DOE 1-37,

                 Defendants.

---

## CERTIFICATE OF SERVICE

       I, Andrew J. Romanow, hereby certify that I electronically filed a copy of the foregoing Notice of Appearance and Request for Service of Papers ("Notice") through the Court's ECF system and served or caused to be served the aforementioned Notice this 18th day of March,

2008, via first-class, postage prepaid U.S. mail upon the party listed on the attached mailing matrix.

s/Andrew J. Romanow<br>
Andrew J. Romanow<br>
Buchanan Ingersoll PC<br>
50 Fountain Plaza, Suite 1230<br>
Buffalo, NY 14202<br>
(716) 853-2343 Telephone<br>
(716) 854-4227 Facsimile

**SERVICE LIST**

Joseph J. Haspel, Esq.
Attorneys for Plaintiffs
40 Matthews Street, Suite 201
Goshen, NY  10924

Reuben S. Koolyk, Esq.
Arnold & Porter, LLP
Attorney for Plaintiffs
399 Park Avenue
New York, NY  10022