UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| MOSDOS CHOFETZ CHAIM INC., YESHIVA CHOFETZ CHAIM INC., RABBI JAMES BERNSTEIN, MOSHE AMBERS, RABBI  MAYER ZAKS AND RABBI ARYEH ZAKS, | : | |
| Plaintiffs, | : | |
| - against - | : | 08-CV-0156 (KMK) |
| THE VILLAGE OF WESLEY HILLS; THE MAYOR AND BOARD OF TRUSTEES OF THE VILLAGE OF WESLEY HILLS; ROBERT H. FRANKEL, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; EDWARD B. MCPHERSON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; DAVID A. GOLDSMITH, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; ROBERT I. RHODES IN HIS INDIVIDUAL AND FORMER OFFICIAL CAPACITY; JAY B. ROSENSTEIN, IN HIS INDIVIDUAL AND FORMER OFFICIAL CAPACITY; THE VILLAGE OF NEW HEMPSTEAD; THE MAYOR AND BOARD OF TRUSTEES OF THE VILLAGE OF NEW HEMPSTEAD; ROBERT A. MOSKOWITZ, TRUSTEE OF THE VILLAGE OF NEW HEMPSTEAD, IN HIS INDIVIDUAL AND FORMER OFFICIAL CAPACITY; THE VILLAGE OF POMONA; THE MAYOR AND BOARD OF TRUSTEES OF THE VILLAGE OF  POMONA; FORMER MAYOR HERBERT I. MARSHALL, IN HIS INDIVIDUAL AND FORMER OFFICIAL CAPACITY; MAYOR OF POMONA, NICHOLAS L. SANDERSON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; THE VILLAGE OF CHESTNUT RIDGE; MAYOR AND BOARD OF TRUSTEES OF THE VILLAGE OF CHESTNUT RIDGE; MAYOR OF THE VILLAGE OF CHESTNUT RIDGE, JEROME KOBRE IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; HOWARD L. COHEN, TRUSTEE, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; THE VILLAGE OF MONTEBELLO; THE MAYOR AND BOARD OF TRUSTEES OF THE VILLAGE OF MONTEBELLO; KATHRYN ELLSWORTH A.K.A. KATHRYN GORMAN, FORMER MAYOR OF MONTEBELLO IN HER INDIVIDUAL AND FORMER OFFICIAL CAPACITY; JEFFREY OPPENHEIM, MAYOR OF MONTEBELLO IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; JOHN DOE 1-37, | : : : : : : : : : : : : : : : : : | **ECF CASE**<br><br>**NOTICE OF**<br>**APPEARANCE** |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that the undersigned hereby appears in this action as counsel for Defendants the Village of Wesley Hills; the Mayor and Board of Trustees of the Village of Wesley Hills; Robert H. Frankel, in his individual and official capacity; Edward B. McPherson, in his individual and official capacity; David A. Goldsmith, in his individual and official capacity; Robert I. Rhodes in his individual and former official capacity; Jay B. Rosenstein, in his individual and former official capacity; the Village of New Hempstead; the Mayor and Board of Trustees of the Village of New Hempstead; Robert A. Moskowitz, Trustee of the Village of New Hempstead, in his individual and former official capacity; the Village of Chestnut Ridge; Mayor and Board of Trustees of the Village of Chestnut Ridge; Mayor of the Village of Chestnut Ridge, Jerome Kobre in his individual and official capacity; Howard L. Cohen, Trustee, in his individual and official capacity; the Village of Montebello; the Mayor and Board of Trustees of the Village of Montebello; Kathryn Ellsworth A.K.A. Kathryn Gorman, Former Mayor of Montebello in her individual and former official capacity; and Jeffrey Oppenheim, Mayor of Montebello in his individual and official capacity, and demands that a copy of all notices and other papers in this action be served upon the undersigned at the address stated below.  The undersigned certifies that the below named attorneys are admitted to practice in this Court.

Dated: March 25, 2008
        White Plains, New York

                                        ZARIN & STEINMETZ


                                By:     S/_____
                                        Michael D. Zarin (MDZ-6692)
                                        Daniel M. Richmond (DMR-2652)
                                        Jody T. Cross (JTC-1433)
                                        81 Main Street, Suite 415
                                        White Plains, New York  10601
                                        (914) 682-7800