UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MOSDOS CHOFETZ CHAIM INC., YESHIVA CHOFETZ CHAIM INC., RABBI JAMES BERNSTEIN, MOSHE AMBERS, RABBI MAYER ZAKS AND RABBI ARYEH ZAKS,

        Plaintiffs,

- against -         08-CV-0156 (KMK)

THE VILLAGE OF WESLEY HILLS; THE MAYOR AND BOARD OF TRUSTEES OF THE VILLAGE OF WESLEY HILLS; ROBERT H. FRANKEL, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; EDWARD B. MCPHERSON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; DAVID A. GOLDSMITH, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; ROBERT I. RHODES IN HIS INDIVIDUAL AND FORMER OFFICIAL CAPACITY; JAY B. ROSENSTEIN, IN HIS INDIVIDUAL AND FORMER OFFICIAL CAPACITY; THE VILLAGE OF NEW HEMPSTEAD; THE MAYOR AND BOARD OF TRUSTEES OF THE VILLAGE OF NEW HEMPSTEAD; ROBERT A. MOSKOWITZ, TRUSTEE OF THE VILLAGE OF NEW HEMPSTEAD, IN HIS INDIVIDUAL AND FORMER OFFICIAL CAPACITY; THE VILLAGE OF POMONA; THE MAYOR AND BOARD OF TRUSTEES OF THE VILLAGE OF POMONA; FORMER MAYOR HERBERT I. MARSHALL, IN HIS INDIVIDUAL AND FORMER OFFICIAL CAPACITY; MAYOR OF POMONA, NICHOLAS L. SANDERSON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; THE VILLAGE OF CHESTNUT RIDGE; MAYOR AND BOARD OF TRUSTEES OF THE VILLAGE OF CHESTNUT RIDGE; MAYOR OF THE VILLAGE OF CHESTNUT RIDGE, JEROME KOBRE IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; HOWARD L. COHEN, TRUSTEE, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; THE VILLAGE OF MONTEBELLO; THE MAYOR AND BOARD OF TRUSTEES OF THE VILLAGE OF MONTEBELLO; KATHRYN ELLSWORTH A.K.A. KATHRYN GORMAN, FORMER MAYOR OF MONTEBELLO IN HER INDIVIDUAL AND FORMER OFFICIAL CAPACITY; JEFFREY OPPENHEIM, MAYOR OF MONTEBELLO IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; JOHN DOE 1-37,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF CASE**

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in this action as counsel for the defendants

THE VILLAGE OF POMONA;
THE MAYOR AND BOARD OF TRUSTEES OF THE VILLAGE OF POMONA;
FORMER MAYOR HERBERT I. MARSHALL, IN HIS INDIVIDUAL AND FORMER OFFICIAL CAPACITY; and,
MAYOR OF POMONA, NICHOLAS L. SANDERSON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY,

and demands that a copy of all notices and other papers in this action be served upon the undersigned at the address stated below. The undersigned certifies that the below named attorneys are admitted to practice in this Court.

Dated: March 28, 2008
      White Plains, New York

                              MILBER MAKRIS PLOUSADIS
                                    & SEIDEN, LLP


                    By:   s/ Andrew F. Pisanelli
                          Andrew F. Pisanelli (AP-8176)
                          3 Barker Avenue, 6th Floor
                          White Plains, New York 10601
                          (914) 681-8700, ext. 225
                          Our File No: 221-5204

TO:   Joseph J. Haspel (JJH-5753)
       Attorney for Plaintiffs
       40 Matthews Street, Suite 201
       Goshen, NY  10924
       (845) 294-8950

       Michael D. Zarin (MDZ-6692)
       Daniel M. Richmond (DMR-2652)
       Jody T. Cross (JTC-1433)
       ZARIN & STEINMETZ
       All Remaining Defendants
       81 Main Street, Suite 415
       White Plains, New York 10601
       (914) 682-7800

## **CERTIFICATION**

This is to certify that a copy of the foregoing Defendants' Notice of Appearance was served by first class mail, postage prepaid, on March 28, 2008, upon:

>Joseph J. Haspel (JJH-5753)
>Attorney for Plaintiffs
>40 Matthews Street, Suite 201
>Goshen, NY  10924
>
>Michael D. Zarin (MDZ-6692)
>Daniel M. Richmond (DMR-2652)
>Jody T. Cross (JTC-1433)
>ZARIN & STEINMETZ
>All Remaining Defendants
>81 Main Street, Suite 415
>White Plains, New York 10601

s/ Andrew F. Pisanelli
Andrew F. Pisanelli (AP-8176)
