## CERTIFICATION

This is to certify that a copy of the foregoing Defendants' Notice of Appearance was filed through the Court's ECF system on March 25, 2008, and was served or caused by be served by first class mail, postage prepaid, on March 28, 2008, upon the following:

Andrew F. Pisanelli, Esq.
Milber Makris Plousadis & Seiden, LLP
*Attorneys for all remaining Defendants*
3 Barker Avenue - Sixth Floor
White Plains, New York 10601

Joseph J. Haspel, Esq.
Joseph J. Haspel, PLLC
*Attorney for Plaintiffs*
40 Mathews Street, Suite 201
Goshen, New York 10924

Reuben S. Koolyk
Arnold & Porter LLP
*Attorney for Plaintiffs*
399 Park Avenue
New York, New York  10022

Andrew J. Romanow
Buchanan Ingersoll PC
*Attorneys for RBS Citizens, N.A.*
50 Fountain Plaza, Suite 1230
Buffalo, NY 14202

By:    S/_____
          Michael D. Zarin (MDZ-6692)
          Zarin & Steinmetz
          81 Main Street, Suite 415
          White Plains, New York  10601
          (914) 682-7800

3