```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOSDOS CHOFETZ CHAIM, INC.,

                Plaintiff,

-v-

VILLAGE OF WESLEY, et al.,

                Defendants.

08-CV-156 (KMK)

MOTION SCHEDULING ORDER

ECF Case

**KARAS, U.S.D.J.**

    At the Pre-Motion Conference before the Court held on April 10, 2008, the Court adopted the following scheduling order:

        Defendant's motion to dismiss shall be served upon opposing counsel not later than May 12, 2008. The motion papers shall not be longer than twenty-five (25) pages.

        Plaintiff's opposition papers are to be served upon opposing counsel not later than June 16, 2008. The opposition papers shall not be longer than twenty-five (25) pages.

        Reply papers are to be served upon opposing counsel not later than June 30, 2008. The reply shall not be longer than ten (10) pages.

        Sur-reply papers shall not be accepted or filed unless prior permission of the Court is given.

        Counsel and Plaintiff are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

        The movant shall electronically file its motion and reply papers with the Clerk only when the entire motion is fully briefed. The respondent shall electronically file opposition papers only when advised by the movant that its papers are being filed. Courtesy copies are to be served on the opposing parties by the assigned date. Two courtesy copies of all papers also shall be sent to this Court at the time they are served upon opposing counsel.

        Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:   White Plains, New York
         April 14, 2008

                                             KENNETH M. KARAS
                                             UNITED STATES DISTRICT JUDGE