# ZARIN & STEINMETZ
### ATTORNEYS AT LAW
### 81 MAIN STREET
### SUITE 415
### WHITE PLAINS, NEW YORK 10601

TELEPHONE: (914) 682-7800
FACSIMILE: (914) 683-5490
WEBSITE: WWW.ZARIN-STEINMETZ.NET

DAVID S. STEINMETZ*
MICHAEL D. ZARIN
DANIEL M. RICHMOND

* ALSO ADMITTED IN D C
· ALSO ADMITTED IN CT
◊ ALSO ADMITTED IN NJ

MEREDITH BLACK*
DAVID J. COOPER
JODY T CROSS*
KEBRA A RHEDRICK
BRAD K SCHWARTZ

MARSHA RUBIN GOLDSTEIN
HELEN COLLIER MAUCH*
SUSAN H. SARCH*
LISA F SMITH*
OF COUNSEL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

June 27, 2008

**Via Facsimile (914) 390-4152**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

## MEMO ENDORSED

Re:   *Mosdos Chofetz Chaim Inc., et al. v. Vill. of Wesley Hills, et al.*
      08 Civ. 0156 (KMK)

Your Honor:

This firm represents all Defendants in the above-referenced matter, except for the Village of Pomona. Pursuant to your Honor's Scheduling Order, dated April 14, 2008, Defendants' Reply Papers in connection with their Motion to Dismiss are presently required to be served on June 30, 2008.

Upon consent of counsel for Plaintiffs, we respectfully request that the Court grant us a one (1) week extension, until July 7, 2008, to file our Reply Papers. This is Defendants' first request for an extension of time.

Please let us know if this request is amenable to the Court. If you cannot reach me, please ask for my colleague, Jody Cross. Thank you for your attention to this matter.

Respectfully,

ZARIN & STEINMETZ

By: _____
Michael D. Zarin

*Granted.*

cc:   (via facsimile)
      Joseph J. Haspel, Esq.
      Reuben S. Koolyk, Esq.
      Gregory R. Saracino, Esq.

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
6/30/08

TOTAL P.02